*12-19-2014 [Pg1]
Lolo,195-a,-oz, [Pg2]

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk

*To: Austin, Texas Court of Criminal Appeals Clerk —
Abel Acosta ——

Hello, I am really needing to if possible check and see
on record, exactly how many times, since my first that
I know of time, to ever have my case reviewed by the
Austin, Texas Court of Criminal Appeals Judges Panel; which
was wrongly denied back in 2007 on Wednesday July 25,-
2007, - now I need to know how many times has my
case been [reviewed and denied freviewed and looked at
by the Judges Panel at the Austin, Texas Court of Criminal Appeals.
* Mr Acosta, I have never, but for some reason have never
* been sent any paperwork- letter in the mail; but only that one
time back in 2007 on [7-25-2007], and by state law I am
supposed to be sent a [notification letter] by the Austin, Texas
Judges Panel, [that reviewed] my [2 case Appeal -11:07 Appelit
-[Writ of Habeas Corpus] * but only have one time now. —

* Mr. Acosta, can you please help to look and find out for me
when my last time was that the State Appeals Judges Panel at
the Austin, Court of Criminal Appeals has reviewed my [2 case -
11:07 Writ of Habeas Corpus] and my entire Appelite Brief Folder,
and then please write me back and tell me when that was, and
* tell me how many times, and on what specific dates, plus can
you please arrange to have copies of every time, since 2007's Court
of Criminal Appeal's Denial [all of the paperworks - decision
and comments made by the Judges Panel for each Appeal Review,
* made [Copies Of]; and please mail - [send them to me, along with
*[2] new 11:07 Writ of Habeas Corpus Copies]. * So that I can install a
more recent - updated [11:07]. * Also - Mr. Acosta, I need

Pg2 -> to know -

[continued from Page 1]: and I do need for you to please tell me if it is possible to write the Head Judge on the Panel of Judges that reviewed my last - most recent appeal, and are all of those Judges still assigned to that same Court Room and Panel of Judges, and what are [all] of those Judges names, and who - what is the name of the Head Judge on the Panel, that I can write to, in order be able to ask a couple of questions, and point out perhaps some information that he did [NOT] fully understand, and that was possibly the reason why he gave me the Appeal Denial. * Please do tell me if it is mandatory that the Judges Panel, are supposed to; by Texas-State Law, actually - do have to [send] an inmate in TDCJ-State Prison, a letter of reasons and Summary Explaination Report; when his Panel of Judges denies an inmates Appeal. * I am 100 percent sure that they are supposed to have to do so. * I would very much appreciate all of your help, with helping me with [all] of my requests. * Please write me back and [send] me in the mail; all of my requested paperwork, that I do really need to get. * Again, thank you for your time, and have a Merry Christmas and Happy New Year 2014-2015! * Take care for now. * Thank You. :‿)

* [My Adress]

Scott Houchins #1174963
Bill Clements Unit - Ad Seg Unit - E-21 cell
9601 Spur 591
Amarillo, Texas 79107-9606